# EXHIBIT A

FD-302 (Rev. 5-8-10)



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry      08/17/2022

    The following is a summary of preliminary forensic review by Special Agents (SA) James J. Zajac and Leslie C. Trawick of the OnePlus Cellphone, IMEI 990016800399022, seized from the person of KRAY STRANGE on January 5, 2022.

Device Model: BE2028
DeviceInfoIMEI: 990016800399022
Bluetooth device name: OnePlus Nord N10 5G
OS Version: 11
Phone Activation Time: 02/16/2021 12:01 PM (UTC)

    Numerous user accounts were located on the phone, to include ADDTHISITSNEW, ALEX_BEATRIC551, AZAMPINI296, AZAMPINI296@GMAIL.COM, AZAMPINI297, CHIEFSTRANGEKRAY, KRAETONNE, KRAY.STRANGE, KRAY.STRANGE@GMAIL.COM, KRAY.STRANGE@PROTONMAIL.COM, KRAYSTRANGE, KRAYZ_STRANGE44, KRAYZSTRANGE, KSTRANGE, KSTRANGE@NICHOLLS.EDU, KSTRANGE12H, KSTRANGECS, KSTRANGECS@CARTHAGECSD.ORG, LESLIEHANS20, LESLIEHANS222, LESLIEISTHEBEST123, LNOAHHANSEN@GMAIL.COM, STRANGEKRAY, THEDM667@GMAIL.COM, THISISBHHJL@GMAIL.COM.

    There was a Chrome Autofill Profile associated with the Chrome browser, containing the following information:

```
FirstName:      Kray
LastName:       Strange
UserName:       kstrange
phone:          ████████████
dob:            
id_state:       New York
height:         5'10"
login_email:    kray.strange@gmail.com
email:          kray.strange@protonmail.com
Email:          kstrange@nicholls.edu
```

    The Telegram application was located on the phone, containing chats with

Investigation on   08/03/2022   at   Philadelphia, Pennsylvania, United States (In Person)

File #  305G-PH-3536810                                          Date drafted   08/03/2022

by   Leslie C. Trawick, James J. Zajac

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

305G-PH-3536810

Continuation of FD-302 of (U) Forensic Review – OnePlus Cellphone , On 08/03/2022 , Page 2 of 3

over 10,500 participants. One of the chats was between STRANGE (using the
display name "New Kne" and Telegram ID 2095486484) and an individual with
the display name "Garfield" with Telegram ID 1232035356 (GARFIELD), from
October 14, 2021 and January 5, 2022. Within the chat, STRANGE expressed
concerns about WOLF's arrest. STRANGE informs GARFIELD that he deleted
content from his phone and might delete his Snapchat accounts. STRANGE
indicated that he deleted his "treasure trove of treats." GARFIELD saved all
of STRANGE's files in case he ever needs or wants anything back. On later
dates, STRANGE and GARFIELD exchanged over 8,585 messages, to include
hundreds of image and video files. The nature of the chat was to discuss and
trade child pornography, described below:

- 20 videos contained minor boys engaged in sexual activity, to include
  anal sex, oral sex, masturbation, and exposing their genitals. Of these
  files, 14 were screen recordings from Snapchat of minor boys
  masturbating. Nine of the Snapchat videos were of identified victim,
  ███████████████ was previously identified as a victim in this case and
  was a student of ANDREW WOLF, who is a co-conspirator to STRANGE.
- 28 images contained minor boys engaged in sexual activity, to include
  anal sex, oral sex, masturbation, and exposing their genitals.

Within the chat with GARFIELD, there were also 216 files of child
erotica, to include 72 videos and 144 images. The files of child erotica
contained what appear to be minors, engaged in sexual activity, to include
anal sex, oral sex, masturbation, and exposing their genitals, but the age
could not be determined. Although the boys depicted in these files appear to
be young, it is unclear if they are minors. The other files of child erotica
include depictions of minors boys intended to illicit sexual fantasy, such
as minors clothed or semi-nude without visible genitals. Many of the files
of child erotica were screen recordings from Snapchat.

The phone contained a total of at least 280 images and 60 videos of CP.
The CP files contained minor boys engaged in sexual activity, to include
anal sex, oral sex, masturbation, and exposing their genitals. Although the
specific age of the minors boys could not be determined, the boys appear to
range as young as five years old to teenagers.

Of the CP files, there were 18 videos of ███████████ Other identified
victims in the CP files are players from the L tt e League World Series
(LLWS), ████████████████████ The phone contained nine thumbnail CP
images of ██████████ and two thumbnail CP images of ████████████

The phone also contained a total of 2,500 images and 900 videos of child
erotica. The files of child erotica contained what appear to be minors,
engaged in sexual activity, to include anal sex, oral sex, masturbation, and

305G-PH-3536810

Continuation of FD-302 of  (U) Forensic Review - OnePlus Cellphone    , On  08/03/2022   , Page   3 of 3

exposing their genitals, but the age could not be determined. Although the
boys depicted in these files appear to be young, it is unclear if they are
minors. The other files of child erotica include depictions of minors boys
intended to illicit sexual fantasy, such as minors clothed or semi-nude
without visible genitals.

   Chats on the phone were from Facebook Messenger, Grindr, Instagram,
Snapchat, Telegram, and TextNow applications. Among the chats, STRANGE had
multiple accounts specifically used to talk to minor boys. LESLIEHANS20 and
ALEXANDRIA ZAMPINI are two examples of usernames he used to impersonate
minor girls in attempt to bait minor boys for nude images or videos. The
phone contained Instagram chats between STRANGE and the LLWS players, to
include ██████████████████ Instagram chats between STRANGE and
WOLF's student, ████████████ were also located on the phone, in which ████████ and
STRANGE exchange TikTok and Snapchat usernames.

   A preliminary review of the phone determined that STRANGE had chats with
others via Telegram about different minors he is baiting and to trade CP.
Due to the fact that the phone was processed while disconnected from all
networks, the content of many of the image and video files are not viewable
and show up in that chat as "empty file." The context of the chat
conversations indicate these files would have been CP. Investigations
involving the other chat participants found on this phone is ongoing.

   Also found on the phone were images of STRANGE's co-conspirator, ANDREW
WOLF.

   Reports generated from the review of this phone will be maintained in the
case file.